JUDY SOLMAN *vs.* MASSACHUSETTS HOME INSPECTION BUREAU, INC. Reported below: 43 Mass. App. Ct. 1121 (1997).

January 26, 1998

*Further appellate review denied:*

ADOPTION OF CAMILLE & another. Reported below: 44 Mass. App. Ct. 1106 (1997).

ADOPTION OF VERA & another. Reported below: 44 Mass. App. Ct. 1104 (1997).

ADOPTION OF WILLIAM. Reported below: 44 Mass. App. Ct. 1104 (1997).

PAULA CAPPELLO *vs.* HMM ASSOCIATES, INC., & others. Reported below: 44 Mass. App. Ct. 1102 (1997).

COMMONWEALTH *vs.* ROBERT BROOKS. Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* JOSEPH J. CEBULA. Reported below: 44 Mass. App. Ct. 1104 (1997).

COMMONWEALTH *vs.* JOHN F. COYNE. Reported below: 44 Mass. App. Ct. 1 (1997).

COMMONWEALTH *vs.* MICHAEL T. COYNE. Reported below as COMMONWEALTH *vs.* JOHN F. COYNE (and two companion cases): 44 Mass. App. Ct. 1 (1997).

COMMONWEALTH *vs.* RUSSELL FLACK. Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* THERON N. FULGHAM. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH *vs.* JOSEPH W. GHELLA. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH *vs.* DOUGLAS HALL. Reported below as COMMONWEALTH *vs.* JOHN F. COYNE (and two companion cases): 44 Mass. App. Ct. 1 (1997).

COMMONWEALTH *vs.* RONNIE L. HENDRICKS, JR. (and three companion cases). Reported below: 44 Mass. App. Ct. 1102 (1997).

COMMONWEALTH *vs.* KURT L. HUENEFELD. Reported below: 44 Mass. App. Ct. 1101 (1997).

COMMONWEALTH *vs.* TEHMAR A. LEWIS. Reported below: 44 Mass. App. Ct. 1106 (1997).

COMMONWEALTH *vs.* JAMES R. McCULLOUGH. Reported below: 44 Mass. App. Ct. 1104 (1997).

COMMONWEALTH *vs.* ALLEN ERIC MOTLEY. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH *vs.* HECTOR S. MUNOZ. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH *vs.* RAFAEL TULIO NOLASCO. Reported below: 43 Mass. App. Ct. 1117 (1997).

COMMONWEALTH *vs.* SAMSON A. OMOSEFUNMI. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH *vs.* FRANCISCO PEPO. Reported below: 44 Mass. App. Ct. 1102 (1997).

COMMONWEALTH *vs.* MICHAEL T. ROSSMAN. Reported below: 44 Mass. App. Ct. 1103 (1997).

COMMONWEALTH *vs.* FRANK SALIM. Reported below: 44 Mass. App. Ct. 1107 (1997).

COMMONWEALTH *vs.* DENNIS SMITH. Reported below: 44 Mass. App. Ct. 1102 (1997).

COMMONWEALTH *vs.* GLEN ST. HILAIRE. Reported below: 43 Mass. App. Ct. 743 (1997).

COMMONWEALTH *vs.* RICHARD WILLIAMS. Reported below: 43 Mass. App. Ct. 1120 (1997).

COMMONWEALTH *vs.* TARIS WILSON. Reported below: 44 Mass. App. Ct. 1105 (1997).

WILLIAM F. CRANMORE, individually and as trustee, *vs.* BARRY GREENE & others. Reported below: 44 Mass. App. Ct. 1102 (1997).

EDWARD HARNETT *vs.* CSA FINANCIAL CORP. & another. Reported below: 44 Mass. App. Ct. 1101 (1997). MME..JUSTICE MARSHALL did not participate.

Scott J. Kelly *vs.* Copperfield's Inc. Reported below: 44 Mass. App. Ct. 1105 (1997).

Lloyd Matthews & another *vs.* Superintendent, Massachusetts Correctional Institution, Cedar Junction, & others. Reported below: 43 Mass. App. Ct. 1119 (1997).

Zaven A. Pachanian *vs.* Richard W. Gannett & another. Reported below: 43 Mass. App. Ct. 1115 (1997).

Patrick F. Scavone *vs.* Massachusetts Turnpike Authority & others (and three consolidated cases). Reported below: 44 Mass. App. Ct. 1103 (1997).

Robert Tavares, Jr. *vs.* John Bender & others. Reported below: 44 Mass. App. Ct. 1101 (1997).


January 27, 1998

*Further appellate review granted:*

Commonwealth *vs.* Angel Roman. Reported below: 43 Mass. App. Ct. 733 (1997).

Barbara Lindsay *vs.* John Romano. Reported below: 43 Mass. App. Ct. 1120 (1997).

*Further appellate review denied:*

Adoption of Todd. Reported below: 44 Mass. App. Ct. 1104 (1997).

Isaura Brito *vs.* Liberty Mutual Insurance Company. Reported below: 44 Mass. App. Ct. 34 (1997).

Commonwealth *vs.* Fred Coppola. Reported below: 44 Mass. App. Ct. 1103 (1997).

Commonwealth *vs.* Todd DeMello. Reported below: 43 Mass. App. Ct. 1120 (1997).

Commonwealth *vs.* Lawrence J. Grinkley. Reported below: 44 Mass. App. Ct. 62 (1997).

Commonwealth *vs.* Bruce Lewis. Reported below: 44 Mass. App. Ct. 1103 (1997).

Commonwealth *vs.* John F. Scullin. Reported below: 44 Mass. App. Ct. 9 (1997).

Commonwealth *vs.* Brandon Tyndal. Reported below: 44 Mass. App. Ct. 1101 (1997).

Commonwealth *vs.* David P. Vermette. Reported below: 43 Mass. App. Ct. 789 (1997).

Francisco Duverge *vs.* Commissioner of Correction. Reported below: 44 Mass. App. Ct. 1101 (1997).

Steven Johnson, petitioner. Reported below: 43 Mass. App. Ct. 1113 (1997).